# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**DARRELL BURLEY**

Case Number: 5:91-CR-3-OC-18GRJ

USM Number: 13021-018

Ronald E. Fox, Esquire
35 S Central Ave.
PO Box 319
Umatilla, Fl 32784

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number 1 and 3 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine Hydrochloride | May 23, 2008 |
| 3 | Positive urinalysis for Cocaine on December 5, 2008 in violation of Condition 7 of the Standard Conditions of Supervision | December 5, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation charge number 2 is dismissed.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

July ___, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **30 Months**. (This term is consecutive to any other sentence imposed.)

It is FURTHER ORDERED that upon release from imprisonment, defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal